# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Jr., William T. | 2. Court or Organization<br><br>Southern District of Georgia | 3. Date of Report<br><br>05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

P.O. Box 10245
Savannah
Georgia
31412

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AbbVie Ins SHS | A | Dividend | J | T | | | | | |
| 2. Abbott Labs | A | Dividend | J | T | | | | | |
| 3. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 4. Amgen Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. Bristol-Myer Squibb | A | Dividend | J | T | | | | | |
| 6. CVS Caremark | A | Dividend | J | T | | | | | |
| 7. Caterpillar Inc. Del | A | Dividend | K | T | | | | | |
| 8. Cisco Systems, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 9. CIT Bank | A | Interest | J | T | Buy | 09/25/14 | J | | |
| 10. Comcast Corp. New C L A | A | Dividend | K | T | | | | | |
| 11. Conoco Phillips Common Stock | A | Dividend | K | T | | | | | |
| 12. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 13. Cotsco Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 14. Danaher Corp. Del Common Stock | A | Dividend | K | T | | | | | |
| 15. Devon Energy Coorporation | A | Dividend | J | T | | | | | |
| 16. Duke Energy | A | Dividend | J | T | | | | | |
| 17. Du Pont E I DE Nemours | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Express Scripts, Inc. | A | Dividend | K | T | | | | | |
| 19. FIA Card Services NA RASP | A | Interest | K | T | | | | | |
| 20. First Horizon National Corp. | A | Dividend | J | T | | | | | |
| 21. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 22. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 23. Glaxco SmithKline ADS | A | Dividend | J | T | | | | | |
| 24. Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 25. Goldman Sachs BK USA | A | Interest | J | T | Buy | 11/04/14 | J | | |
| 26. Google, Inc. CL A | A | Dividend | J | T | | | | | |
| 27. Helmerich Payne Inc. | A | Dividend | J | T | | | | | |
| 28. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 29. IShares Barclays | A | Dividend | K | T | | | | | |
| 30. Infosys Tech, LTD ADR | A | Dividend | J | T | | | | | |
| 31. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 32. Janus IRA-Constrarian Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 33. Kraft Foods, Inc. VA CL A | A | Dividend | J | T | | | | | |
| 34. Merck & Co. Inc., SHS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch IRA Rollover Acct | | | | | | | | | See explanation |
| 36. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 37. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | A | Dividend | K | T | | | | | |
| 38. Mondelez Intern. Inc. | A | Dividend | J | T | | | | | |
| 39. Murphy Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 40. Murphy USA Inc. | A | Dividend | J | T | | | | | |
| 41. Nucor Corporation | A | Dividend | J | T | | | | | |
| 42. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 43. Phillips 66 | A | Dividend | J | T | | | | | |
| 44. Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 45. Qualcomm, Inc | A | Distribution | J | T | | | | | |
| 46. Republic Services, Inc. | A | Dividend | J | T | | | | | |
| 47. Scottrade | | Interest | | | | | | | See explanation |
| 48. State Bank of India | A | Interest | J | T | Buy | 12/17/14 | J | | |
| 49. SunTrust Bank Money Market Acct. | A | Int./Div. | K | T | | | | | |
| 50. Synchrony BK (FKA GE) | A | Interest | J | T | Buy | 08/20/14 | J | | |
| 51. Sysco Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TJX Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 53. Union Pacific | A | Dividend | K | T | | | | | |
| 54. U.S. Treasury Note 01/15/14 | A | Interest | | | Redeemed | 01/15/14 | K | | |
| 55. U.S. Treasury Note 05/31/14 | A | Interest | | | Redeemed | 05/15/14 | K | | |
| 56. U.S. Treasury Note 12/31/15 | A | Interest | K | T | | | | | |
| 57. U.S. Treasury Note 03/31/15 | A | Interest | K | T | | | | | |
| 58. U.S. Tresury Note 11/30/14 | A | Interest | | | Redeemed | 12/01/14 | K | | |
| 59. Vanguard REIT EFT | A | Dividend | K | T | | | | | |
| 60. Vanguard Extd MKT EFT | A | Dividend | K | T | | | | | |
| 61. Vanguard FTSE All World | B | Dividend | K | T | | | | | |
| 62. Vanguard Short-Term Bond | A | Dividend | L | T | | | | | |
| 63. Vanguard Interm-Term Gov't Bond | A | Interest | K | T | | | | | |
| 64. Vanguard Long-Term Gov Bond | A | Interest | K | T | | | | | |
| 65. Vanguard Emerging MKTS ETF | A | Dividend | J | T | | | | | |
| 66. Verizon | A | Dividend | J | T | Buy | 06/12/14 | J | | |
| 67. Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation - Line 33
Merrill Lynch IRA Rollover Account - All assets of this account are included individually in Part VII of this report.

Explanation - Line 41
Scottrade - All assests of this account are included individually in Part VII of this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William T. Moore, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544